NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANCIS E. BUCHERT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7046

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3271, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

Francis E. Buchert moves for leave to file his informal brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 7 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Francis E. Buchert
     Michael D. Snyder, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK